CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Executors of JOHN RAABE, Deceased, Respondents, v. PETER S. DUFFY, Appellant, Impleaded with Others.

(Argued January 7, 1932; decided February 9, 1932.)

*Peter W. Quinn* for appellant.

*Mildred C. Mebel* and *Bertram L. Kraus* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.